## DUNSCOMBE v. SAYLE, ADMINISTRATOR.

No. 163.   Decided October 10, 1960.

*John Wattawa* for appellant.
*C. Robert Burns* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## STATE TAX COMMISSION OF ARIZONA v. MURRAY COMPANY OF TEXAS, INC.

No. 168.   Decided October 10, 1960.

*Wade Church,* Attorney General of Arizona, *Leslie C. Hardy,* Chief Assistant Attorney General, and *Stanley Z. Goodfarb,* Assistant Attorney General, for petitioner.

*Denison Kitchel* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment is vacated and the case is remanded for clarification.   *Minnesota v. National Tea Co.,* 309 U. S. 551.

MR. JUSTICE DOUGLAS dissents.